In the Matter of the Claim of MARTHA DRUCKER MESSAROS, Appellant, against NEW YORK TELEPHONE COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision of motion for permission to submit on typewritten record reserved pending receipt from appellant of a typewritten record, with a brief referring to such record, showing a meritorious case. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of VACLAV STRAKA, Claimant, against UNITED ELECTRIC LIGHT & POWER Co., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for order compelling State Industrial Board to accept claimant's notice of appeal denied, without costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESTERN NEW YORK AND PENNSYLVANIA RAILWAY COMPANY, Appellant, v. EGBURT E. WOODBURY and Others, Constituting the State Board of Tax Commissioners of the State of New York, and the CITY OF BUFFALO, Respondents.— Motion for order reinstating appeal granted on condition that the appellant files and serves record and brief on or before August 15, 1938, and is ready for argument at the term of this court commencing September 20, 1938. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

CALLANAN ROAD IMPROVEMENT Co., Respondent, v. ARTHUR McMULLEN COMPANY, ULSTER DAVIS, INC., SAGER-SPUCK SUPPLY COMPANY, INC., and FRED A. NICHOLSON, Appellants, and ALBANY PORT DISTRICT COMMISSION and Others, Respondents.— Motion for reargument denied, with ten dollars costs to each respondent opposing the motion. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of THOMAS MEANEY, Respondent, against THE CENTURY INDEMNITY COMPANY and Its Assured, AUDOBON AMUSEMENT, INC., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of DOROTHY J. BREITWEISER, Respondent, against SOCONY VACUUM OIL Co., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ABRAHAM MASORS, Appellant, v. SAM SOKOLOW, Respondent.— Appeal from an order of the Special Term of the Supreme Court, entered in Ulster county clerk's office, vacating and setting aside plaintiff's notice of examination of the defendant before trial, in an action to recover for labor and materials which had been furnished by the plaintiff to the defendant. Order reversed, on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. (See *Brand* v. *Butts*, 242 App. Div. 149; *Public Nat. Bank* v. *Nat. City Bank*, 261 N. Y. 316; *Breault* v. *Embossing Co., Inc.*, 253 App. Div. 175.) The defendant is directed to appear for examination before the person named in the original notice, at his office, on the 21st day of May, 1938, at ten o'clock in the forenoon of that day. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.